No. 5826.  WASHINGTON v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 5827.  BAIN v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 5829.  WADDELL v. BOUNDS ET AL.  C. A. 4th Cir. Certiorari denied.

No. 5832.  HALL v. CASSCLES, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 5833.  RANCIGLIO v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 5836.  DIXON v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 5840.  PRICE v. IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 5841.  OLBROT v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 5842.  McCLAIN v. NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 5845.  LEWIS v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 5846.  LEWIS v. ROBINSON, U. S. DISTRICT JUDGE, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 5847.  DAVIS v. FOLLETTE, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 5851.  POINTER v. ARKANSAS.  Sup. Ct. Ark. Certiorari denied.

No. 5857.  McLAUGHLIN v. DIRECTOR, PATUXENT INSTITUTION.  Ct. Sp. App. Md.  Certiorari denied.